**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-7526**

JAMES DAVIS,

                Plaintiff – Appellant,

      v.

CORIZON MEDICAL SERVICES, f/k/a Correctional Medical Services; WARDEN KATHLEEN GREEN; TERRI PILCHER; LIEUTENANT SOUKUP; OFFICER FRITZ; BRUCE FORD; LYNNE COLE; JOHN DOE,

                Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. James K. Bredar, District Judge. (1:12-cv-02051-JKB)

Submitted: February 25, 2014        Decided: March 4, 2014

Before MOTZ, AGEE, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James Davis, Appellant Pro Se. Sharon E. Conners, Michelle Jacquelyn Marzullo, MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C., Towson, Maryland; Stephanie Judith Lane-Weber, Assistant Attorney General, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Davis appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Davis v. Corizon Med. Servs, No. 1:12-cv-02051-JKB (D. Md. filed Aug. 22, 2013 & entered Aug. 23, 2013). We deny Davis' motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED